**Order entered October 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00617-CV

### IN THE INTEREST OF P.H., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89,795**

### ORDER

Before the Court is appellant's motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief received October 12, 2022 filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE